# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| | ) JOINTLY ADMINISTERED UNDER |
| QUARRY SERVICES, LLC, MINING SOLUTIONS, LLC, AND CONFINEMENT MANAGEMENT SYSTEMS, LLC, | ) CASE NO. 19-20103-JRS |
| DEBTORS. | ) |
| SYNOVUS BANK, ALSO KNOWN AS CITIZENS FIRST, A DIVISION OF SYNOVUS BANK, | ) |
| | ) CONTESTED MATTER |
| MOVANT, | ) |
| v. | ) |
| QUARRY SERVICES, LLC, MINING SOLUTIONS, LLC, AND CONFINEMENT MANAGEMENT SYSTEMS, LLC, | ) |
| RESPONDENTS. | ) |

### SYNOVUS BANK'S JOINDER OF EPIROC'S OBJECTION TO DISCLOSURE STATEMENT AND IN SUPPORT OF RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY

Synovus Bank, also known as Citizens First, a division of Synovus Bank (the "Bank"), a secured creditor in the above-styled case, responds to Quarry Services, LLC's, Confinement Management Systems, LLC's and Mining Solutions, LLC's (collectively, the "Debtors") Plan (Doc. No. 118) and Disclosure Statement ("Disclosure Statement"; Doc. No. 117), filed on April 30, 2019, hereby adopts and joins the objection filed by Epiroc (Doc. No. 160, "Epiroc Objection") and shows this honorable Court as follows:

1.

The Bank hereby adopts and joins the Epiroc Objection and incorporates it by reference as if fully set forth herein.

2.

For the reasons stated in the Epiroc Objection, the Debtors have inadequate cash flow and no other resources with which to capitalize, reorganize and sustainably operate their business. They therefore have no reasonable prospect of confirming an acceptable, feasible plan of reorganization, and no reorganization is in prospect.

**Reservation of Rights**

3.

Under the Loan Documents, the Bank has recourse, rights, and remedies against other non-debtor parties and their property that are not subject to this response.  This joinder is brought subject to and without waiving any and all of the Bank's cumulative rights and remedies.  The Bank reserves all of its recourse and cumulative rights and remedies, including without limitation, those that may be asserted against all obligated non-debtor parties and their property.

WHEREFORE, the Bank prays that the Court enter an Order:

(a)    declining to approve Debtors' disclosure statement;

(b)    granting the Bank full relief from the automatic stay; and

(c)    granting such other and further relief as is equitable and just.

**(Signatures Appear On Following Page)**

Respectfully submitted this 10th day of June 2019.

                                              **MILLER & MARTIN PLLC**

                                      */s/ William A. DuPré, IV*
                                      William A. DuPré, IV
                                      Georgia Bar No. 234882
                                      Bill.DuPre@millermartin.com
                                      Laura K. DiBiase
                                      Georgia Bar No. 244303
                                      Laura.DiBiase@millermartin.com
                                      1180 West Peachtree Street, NW
                                      Suite 2100
                                      Atlanta, Georgia 30309
                                      (404) 962-6100
                                      (404) 962-6300 (Facsimile)

                                      *Attorneys for Plaintiff Synovus Bank, also known as Citizens First, a division of Synovus Bank*

## **CERTIFICATE OF SERVICE**

This is to certify that on the 10th day of June 2019, I caused a copy of the foregoing **SYNOVUS BANK'S JOINDER OF EPIROC'S OBJECTION TO DISCLOSURE STATEMENT AND IN SUPPORT OF RENEWED MOTION FOR RELIEF FROM AUTOMATIC STAY** to be served upon counsel and/or parties of interest electronically through the Court's CM/ECF system to those shown on the Notice of Electronic Filing receipt issued by the Clerk of the Court and by depositing the same in the United States mail in a properly addressed envelope with adequate postage affixed thereon, as addressed below:

| | |
|---|---|
| Will B. Geer<br>Wiggam & Geer, LLC<br>Suite 1245 Hurt Plaza SE<br>Atlanta, GA 30303 | John A. Thompson, Jr.<br>Adams and Reese LLP<br>3434 Peachtree Road, NE, Suite 1600<br>Atlanta, GA 30326 |
| Quarry Services, LLC<br>P.O. Box 70545<br>Marietta, GA 30007 | Roy E. Manoll, III<br>2500 Daniell's Bridge Road<br>Building 200, Suite 3A<br>Athens, GA 30606 |
| Mining Solutions, LLC<br>68 McKenzie Boulevard<br>Jasper, GA 30143 | Thomas R. Walker<br>FisherBroyles, LLP<br>945 East Paces Ferry Road NE, Suite 2000<br>Atlanta, GA 30326 |
| Confinement Management Systems, LLC<br>68 McKenzie Boulevard<br>Jasper, GA 30143 | Mark S. Marani<br>Cohen Pollock Merlin Turner, P.C.<br>3350 Riverwood Parkway, Suite 1600<br>Atlanta, GA 30339 |
| Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | Thomas E. Austin, Jr.<br>Thomas E. Austin, Jr., LLC<br>3475 Piedmont Road, N.E., Suite 1100<br>Atlanta, GA 30305-6400 |
| David S. Weidenbaum<br>Office of the United States Trustee<br>362 Richard B. Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | Scott B. Riddle<br>Law Office of Scott B. Riddle, LLC<br>Suite 1800 Tower Place<br>3340 Peachtree Road, NE<br>Atlanta, GA 30326-1000 |

Tractor & Equipment Company
P.O. Box 12326
Birmingham, AL, 35202

Kelly E. Waits
Burr & Forman, LLP
Suite 1100
171 17th Street, NW
Atlanta, GA 30363-1029

Caterpillar Financial Commercial
Account Corporation
PO Box 78004
Phoenix, AZ, 85062

425 Manufacturing, Inc.
5004 27th Avenue Rockford
Rockford, IL, 61109

Capital One
P.O. Box 71083
Charlotte, NC, 28272

Wex Bank
P.O. Box 6293
Carol Stream, IL, 60197

Metro Trim & Glass
P.O. Box 1443
Stockbridge, GA, 30281

Robit Inc.
2720 Fallon dr.
Sherman, TX, 75090

Vanessa Leo
Shapiro Pendergast & Hasty, LLP
211 Perimeter Center Parkway NE
Suite 300
Atlanta, GA 30346-1305

Steven E. Ostrow
White and Williams LLP
7 Times Square, Suite 2900
New York, NY 10036-6515

Stowers Machinery Corp.
P.O. Box 14802
Knoxville, TN, 37914

Todd E. Hatcher
Gregory Doyle Calhoun & Rogers, LLC
49 Atlanta Street
Marietta, GA 30060-1977

Bird, Loechl, Brittain & McCants, LLC
3414 Peachtree Road, NE
Suite 1150
Atlanta, GA, 30326

Georgia Pump, Inc.
6289 Bankhead Highway
Building 16
Austell, GA, 30168

Waters Equipment Company, Inv
P.O. Box 5179
Maryville, TN, 37802

Yancey Brothers Co.
330 Lee Industrial Boulevard
Austell, GA, 30168

Fire Systems Inc.
4700 Highlands Parkway
Smynra, GA, 30082

Wright Express Financial Services
33548 Treasury Center
Chicago, IL, 60694

Charles Selman
3763 Providence Corners Drive
Marietta, GA 30062-6221

*William A. DuPré, IV*
William A. DuPré, IV